DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


HOLLAGHER GROUP, LLC, and
HOLLAGHER GROUP, LLC, as trustee of the
9140 Moonlit Meadows Land Trust dated
the 6th day of February, 2015,

Appellants,

v.

EAGLE PALMS HOMEOWNERS
ASSOCIATION, INC.,

Appellee.


No. 2D2025-1417

_____


August 14, 2026

Appeal from the Circuit Court for Hillsborough County; Jennifer
Gabbard, Judge.

Ivan Dimitrov, Tampa, for Appellants.

Sean P. Bevil, Jonathan J. Ellis, and Clinton S. Morrell of Becker &
Poliakoff, P.A., for Appellee.


PER CURIAM.

    Affirmed.  *See Haught v. Eagle Palms Homeowners Ass'n*, No.
2D2025-1403 (Fla. 2d DCA Aug. 7, 2026).

SILBERMAN, MORRIS, and BLACK, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.